U.S.

v.

Kyle T. BUSS

No. 17-0522/AR

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 20150834

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Ricardo S. BARBARY

No. 17-0526/AF

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 38941

DAILY JOURNAL

Petitions for Grant of Review Denied

U.S.

v.

Jeremy A. NEELEY

No. 17-0524/AR

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 20160365

DAILY JOURNAL

Petitions for Grant of Review Denied .

U.S.

v.

William B.C. KYLE

No. 17-0527/AF

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA S32411

DAILY JOURNAL

Petitions for Grant of Review Denied

